# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
Dennis Paul Fobes
xxx-xx-7697
Leigh E. Fobes
xxx-xx-5700
Debtor

CASE NO: 08-11763-WSS-13

## MOTION FOR RELIEF FROM DEBTOR STAY

Comes Now, Washington Mutual Bank, a creditor in the above-styled Bankruptcy case (the "Creditor"), and moves this Court, pursuant to the applicable Bankruptcy rules and the Bankruptcy Code, to enter an order terminating the stay imposed by §362(a) of the Bankruptcy Code as said stay applies to the Creditor or, in the alternative, for adequate protection of the Creditor's interest in the real property described in Paragraph 6 below.

As grounds for its motion, the Creditor states the following:

1. Dennis P. Fobes and Leigh E. Fobes, husband and wife executed a mortgage to Creditor, then known as Washington Mutual Bank, a copy of which mortgage is attached hereto as Exhibit "A" and incorporated herein by this reference.

2. Said mortgage was made to secure an indebtedness to the Creditor in the amount of $51,800.00 together with interest at the rate of 6.750% per annum as evidenced by that certain note executed by the Debtors, a copy of which is attached hereto as Exhibit "B" and incorporated herein by this reference thereto.

3. The Debtors claim an interest in the real property which is subject to the Creditor's mortgage.

4. The amount necessary to cure the post-petition default as of June 23, 2008 is $1,212.82. The debtors have failed to make any post-petition installments and the account is currently 1 month in arrears. The debtor's plan provides for the property to be surrendered. An affidavit evidencing the default is attached hereto as Exhibit "C" and incorporated herein by this referenced thereto.

5. The Debtors are in default of their obligations under the note and mortgage so that the total of the indebtedness is due and payable in the approximate amount of $50,763.24, exclusive of costs of collection and other charges due under the note and mortgage.

6. The property securing the indebtedness to the Creditor is located at 2415 Octavia Dr. S, Mobile, AL 36605.

7. Upon information and belief, the real property securing the indebtedness is worth less than the indebtedness secured thereby.

8. The Creditor's interest in the real property described hereinabove is not adequately protected.

9. The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of attorney's fees and costs and requests this Court to award the Creditor reasonable attorney's fees and court costs associated with this matter.

WHEREFORE, the Creditor requests that this Court enter an order terminating the automatic stay of §362 and that the Creditor be granted leave to recover the indebtedness secured by its mortgage, obtain possession of its collateral and foreclose or liquidate its collateral under state law; for reasonable attorney's fees and costs associated with the filing of this motion; and Creditor further requests the Court to waive the ten

(10) day waiting period required under Bankruptcy Rule 4001(a)(3), as amended, and for such further relief as the Court deems appropriate.

Respectfully submitted this the 23rd day of June, 2008.

/s/ Edith S. Pickett
Edith S. Pickett, Attorney
Washington Mutual Bank

OF COUNSEL:
SHAPIRO & PICKETT, L.L.P.
651 Beacon Parkway West, Suite 115
Birmingham, Alabama 35209
(205) 323-7757
08-007651

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of June, 2008, served a copy of the foregoing pleading on the parties listed below by placing the same in the U.S. Mail, first class postage pre-paid, and/or by Electronic Transmission (ECF e-mail):

Theodore L. Hall
2602 Dauphin Street
Mobile, AL 36606

John C. McAleer, III
P.O. Box 1884
Mobile, AL 36633

Beth Rouse
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Blvd.
Mobile, Alabama 36609

Dennis and Leigh Fobes
3308 Riverside Dr.
Mobile, AL 36605

/s/ Edith S. Pickett
Edith S. Pickett

**"THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS NOTICE IS REQUIRED BY THE PROVISIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT AND DOES NOT IMPLY THAT WE ARE ATTEMPTING TO COLLECT MONEY FROM ANYONE WHO HAS DISCHARGED THE DEBT UNDER THE BANKRUPTCY LAWS OF THE UNITED STATES."**

08-007651